UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. SMITH,<br><br>          Plaintiff,<br><br>   v.<br><br>PFIZER, INC.,<br><br>          Defendant. | Case No. 16-cv-01749-HSG<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Richard Seeborg for consideration of whether the case is related to 15-cv-04884, *Dennis Andrews v. Pfizer, Inc.*

**IT IS SO ORDERED.**

Dated: 4/8/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge